# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136831

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LARCENIA LOCKHART,
    Plaintiff-Appellant,

v

WILLIE CLYDE LOCKHART, SR.,
    Defendant-Appellee.

SC: 136831
COA: 283684
Wayne CC: 07-708345-DO

_____/

    On order of the Court, the application for leave to appeal the April 10, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

s1117

Clerk